GAS 245D        (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Justin Richard Braden | ) | |
| | ) | Case Number:   4:01CR00254-1 |
| | ) | USM Number:   11074-021 |
| | ) | Scott G. Reddock |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | December 20, 2010 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Pages 3 through  5  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:  1978

Defendant's Year of Birth:  5174

City and State of Defendant's Residence:

Savannah, Georgia

December 14, 2023
Date of Imposition of Judgment

*/s/ R. Stan Baker/*
Signature of Judge

R. Stan Baker
United States District Judge
Southern District of Georgia
Name and Title of Judge

January 3, 2024
Date

DEFENDANT: Justin Richard Braden  
CASE NUMBER: 4:01CR00254-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | January 8, 2011 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | January 9, 2011 |
| 4 | The defendant committed another federal, state, or local crime (mandatory condition). | January 9, 2011 |
| 5 | The defendant committed another federal, state, or local crime (mandatory condition). | January 9, 2011 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | January 9, 2011 |
| 7 | The defendant committed another federal, state, or local crime (mandatory condition). | January 16, 2011 |
| 8 | The defendant committed another federal, state, or local crime (mandatory condition). | January 18, 2011 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | January 18, 2011 |
| 10 | The defendant committed another federal, state, or local crime (mandatory condition). | January 18, 2011 |
| 11 | The defendant committed another federal, state, or local crime (mandatory condition). | January 18, 2011 |
| 12 | The defendant committed another federal, state, or local crime (mandatory condition). | January 22, 2011 |
| 13 | The defendant committed another federal, state, or local crime (mandatory condition). | January 22, 2011 |
| 14 | The defendant committed another federal, state, or local crime (mandatory condition). | January 23, 2011 |
| 15 | The defendant committed another federal, state, or local crime (mandatory condition). | January 23, 2011 |
| 16 | The defendant committed another federal, state, or local crime (mandatory condition). | January 23, 2011 |
| 17 | The defendant committed another federal, state, or local crime (mandatory condition). | January 23, 2011 |

GAS 245D  Case 4:01-cr-00254-RSB-CLR   Document 32   Filed 01/03/24   Page 3 of 5
(Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page **3** of **5**

DEFENDANT: Justin Richard Braden
CASE NUMBER: 4:01CR00254-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>Time served.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245D  Case 4:01-cr-00254-RSB-CLR   Document 32   Filed 01/03/24   Page 4 of 5
(Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page **4** of **5**

DEFENDANT: Justin Richard Braden
CASE NUMBER: 4:01CR00254-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : <u>34 months.</u>

 The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*
- ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*
- ☐ The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

 If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.
 The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

GAS 245D  Case 4:01-cr-00254-RSB-CLR   Document 32   Filed 01/03/24   Page 5 of 5
(Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page **5** of **5**

DEFENDANT:     Justin Richard Braden
CASE NUMBER:   4:01CR00254-1

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2. The defendant shall participate in a program of testing for drug and alcohol abuse. Further, the defendant shall not tamper with any testing procedure.

3. The defendant shall not use or possess alcohol while on supervised release.

4. During the first 6 months of supervision, a curfew is imposed as a special condition of supervised release. The defendant shall comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, the defendant will remain at their place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and-or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
           Defendant                                                   Date


         _____     _____
         U.S. Probation Officer/Designated Witness                     Date